Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
GARTEISER HONEA — IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC<br><br>    Plaintiff,<br><br>v.<br><br>SECPOD TECHNOLOGIES, INC,<br>    Defendants. | **Case No. 5:23-cv-04196-SVK** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Speech Transcription, LLC respectfully submits this notice of voluntary dismissal of all claims asserted in this action WITH PREJUDICE, with each party to bear its own attorneys' fees, costs and expenses.

Dated: October 25, 2023
                                                     Respectfully served,
                                                    GARTEISER HONEA, PLLC

                                                   */s/ Randall Garteiser*
                                                   Randall Garteiser
                                                   CA State Bar No. 231821
                                                   rgarteiser@ghiplaw.com
                                                   Christopher A. Honea
                                                   CA State Bar No. 232473

chonea@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**Attorneys for Plaintiff**